UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RYAN OLSZTA, | ) |
|     Plaintiff, | ) |
| | ) |
| VS. | ) C.A. No. 3:21-cv-30112-KAR |
| | ) |
| CITY OF BRIMFIELD, MASSACHUSETTS; | ) |
| SUZANNE COLLINS, Individually and in her | ) |
| Capacity as Chair of Board of Selectmen; | ) |
| PAT LEAMING, Individually and in his Capacity | ) |
| as Vice Chair of Board of Selectmen; | ) |
| MARTIN KELLY, Individually and in his capacity | ) |
| as Secretary of Board of Selectmen; | ) |
| MICHAEL MILLER, Individually and in his | ) |
| capacity as Town Moderator, | ) |
|     Defendants. | ) |

## JOINT SCHEDULING CONFERENCE STATEMENT

Pursuant to Local Rule 16.1, counsel for the parties have conferred and submit this Joint

Scheduling Conference Statement in anticipation of the scheduling conference set for March 15,

2022.  At present, the parties do not consent to trial by magistrate judge.

**Proposed Pretrial Schedule**

Counsel for the parties have conferred on discovery in conformity with their obligations

to limit discovery as set forth in Fed. R. Civ. P. 26(b), including the desirability of conducting

phased discovery and agree that phased discovery would not be appropriate in this matter.

Undersigned counsel propose the following agreed-upon pretrial schedule:

1. Initial Disclosures under Fed. R. Civ. P. 26(a)(1): May 16, 2022.

2. Completion of fact discovery (inclusive of depositions , but not requests for

   admission): December 31, 2022.

3. Requests for Admissions served by: February 15, 2023;

4. The need for trial expert discovery respecting liability is to be assessed by counsel prior to the completion of fact discovery and if determined to be necessary, completion of expert disclosures and depositions will be conducted by agreement of counsel and whatever date is set by the Court.

5. Rule 56 motions filed by: April 28, 2023.

6. Rule 56 oppositions filed by: May 29, 2023.

7. Case management and pretrial conferences to be determined by the Court.

The parties will timely submit under separate cover the certifications required by LR 16.1(d)(3).

Respectfully submitted,

| | |
|---|---|
| The Plaintiff, | The Defendants, |
| RYAN OLSZTA | TOWN OF BRIMFIELD, |
| By his Attorneys, | SUZANNE COLLINS, |
| | PAT LEAMING, |
| | MARTIN KELLY, and |
| | MICHAEL MILLER, |
| | |
| | By their Attorneys, |
| | |
| */s/ Andrew J. Couture* | */s/ Adam Simms* |
| _____ | _____ |
| Andrew J. Couture, BBO # 671193 | Adam Simms, BBO # 632617 |
| Law Office of Andrew J. Couture | PIERCE DAVIS & PERRITANO LLP |
| 77 Merriam Avenue | 10 Post Office Square, Suite 1100N |
| Leominster, MA 01453 | Boston, MA 02109 |
| (978) 502-0221 | (617) 350-0950 |
| Attycouture@gmail.com | asimms@piercedavis.com |

Dated: March 8, 2022

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on March 8, 2022.

*/s/ Adam Simms*

_____

Adam Simms, Esq.