UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ryan Olszta<br>    Plaintiff | )<br>)<br>) |
| v. | )    C.A. No. 3:21-cv-30112-KAR<br>)<br>) |
| City of Brimfield, Massachusetts, Suzanne Collins, Individually and in her Capacity as Chair of Board of Selectmen; Pat Leaming, Individually and in his capacity as vice chair of Board of Selectmen, Martin Kelly, Individually and in his Capacity as Secretary of Board of Selectmen, Michael Miller, Individually and in his capacity as Town Moderator<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED TO MOTION TO ALLOW PLAINTIFF'S ATTORNEY AN EXTENSION OF TIME TO RESPOND TO MEMORANUDUM OF LAW IN SUPPORT OF THE DEFENDANTS' MOTION FOR JUDGEMENT ON THE PLEADINGS

NOW COMES THE PARTIES, Attorney, Andrew J. Couture, for the Plaintiff and Attorney, Adam Simms, for the Defendants' asks this Honorable Court to allow Plaintiff's Counsel a thirty-day (30) extension to respond to the Defendants' Memorandum of Law in Support of the Defendants' Motion for Judgement on the Pleadings. As reason thereof Attorney for the Plaintiff states; that due to numerous court appearances over the last several weeks he has been unable to complete the response. An additional thirty-days (30) will allow him the proper time to respond to the Defendants' Motion.

Dated: March 8, 2022

Respectfully submitted,

<table>
<tr><td>The Plaintiff,<br>Ryan Olszta<br>By his attorney,</td><td>The Defendants'<br>City of Brimfield<br>Suzanne Collins<br>Pat Leaming<br>Martin Kelly, and<br>Michael Miller<br>By Their Attorney</td></tr>
<tr><td>_/S/ Andrew J. Couture_<br>Andrew J. Couture, Esq.<br>BBO # 671193<br>Law Office of Andrew J. Couture<br>77 Merriam Avenue<br>Leominster, MA 01453<br>Tel: (978) 502-0221<br>Attycouture@gmail.com</td><td>/S/ Adam Simms, Esq<br>Adam Simms, Esq.<br>BBO# 632617<br>10 Post Office Square, Suite 1100N<br>Boston, MA 02109<br>TEL: (617) 350-0950<br>asimms@piercedavis.com</td></tr>
</table>