UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RYAN OLSZTA, <br>     Plaintiff, <br><br> VS. <br><br> CITY OF BRIMFIELD, MASSACHUSETTS; <br> SUZANNE COLLINS, Individually and in her <br> Capacity as Chair of Board of Selectmen; <br> PAT LEAMING, Individually and in his Capacity <br> as Vice Chair of Board of Selectmen; <br> MARTIN KELLY, Individually and in his capacity <br> as Secretary of Board of Selectmen; <br> MICHAEL MILLER, Individually and in his <br> capacity as Town Moderator, <br>     Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 3:21-cv-30112-KAR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**

Now come the parties in the above-entitled action and hereby stipulate and agree,

pursuant to Fed. .R. Civ. P. 41(a)(1)(ii), that said action be dismissed without prejudice as to all

claims made against the defendants, and without attorney's fees, costs, or expenses, whether by

statute or otherwise.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff, <br> RYAN OLSZTA <br> By his Attorneys, | The Defendants, <br> TOWN OF BRIMFIELD, <br> SUZANNE COLLINS, PAT LEAMING, <br> MARTIN KELLY, and MICHAEL MILLER, <br> By their Attorneys, |
| */s/ Andrew J. Couture* | */s/ Adam Simms* |
| Andrew J. Couture, BBO # 671193 <br> Law Office of Andrew J. Couture <br> 77 Merriam Avenue <br> Leominster, MA 01453 <br> (978) 502-0221 <br> Attycouture@gmail.com | Adam Simms, BBO # 632617 <br> PIERCE DAVIS & PERRITANO LLP <br> 10 Post Office Square, Suite 1100N <br> Boston, MA 02109 <br> (617) 350-0950 <br> asimms@piercedavis.com |

Dated: March 31, 2022

## **CERTIFICATE OF SERVICE**

       I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on March 31 2022.


*/s/ Adam Simms*

_____

Adam Simms, Esq.

2